UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CYNTHIA FUKELMAN, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: 1:18-cv-00002 |
| | : | |
| v. | : | |
| | : | |
| DELTA AIR LINES, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW this _____ day of _____, 2018, upon consideration of Plaintiffs' Uncontested First Motion for Enlargement of Time to Respond to Defendant's Letter Motion for Pre-Motion Conference (Docket No. 25), and Defendant's concurrence therein, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and Plaintiffs may respond to Defendant's Letter Motion within fourteen (14) days from the date of entry of this Order.

**AND IT IS SO ORDERED.**

_____
,J.

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CYNTHIA FUKELMAN, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: 1:18-cv-00002 |
| | : | |
| v. | : | |
| | : | |
| DELTA AIR LINES, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

### PLAINTIFFS' UNCONTESTED FIRST MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S LETTER MOTION FOR PRE-MOTION CONFERENCE

The above-captioned matter is an action sounding in, *inter alia*, employment discrimination.

Pending before this Honorable Court is Defendant's Letter Motion for Pre-Motion Conference regarding Defendant's anticipated Motion to Dismiss Plaintiffs' Amended Complaint. (Docket No. 25).

Plaintiffs' Response is due on: July 27, 2018. As such, this Motion for Enlargement of Time is timely filed.

Plaintiffs' anticipated Response is complex – respectfully suggested as requiring additional time to respond.

WHEREFORE, Plaintiffs' respectfully request this Honorable Court grant Plaintiffs enlargement of time to Respond to Defendant's pending Letter Motion – consistent with the attached proposed Order.

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CYNTHIA FUKELMAN, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: 1:18-cv-00002 |
| | : | |
| v. | : | |
| | : | |
| DELTA AIR LINES, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 27th day of July, 2018, a true and correct copy of the foregoing Plaintiffs' Uncontested First Motion for Extension of Time to Respond to Defendant's Letter Motion for Pre-Motion Conference was served via ECF, upon the following parties:

Ira Gregg Rosenstein, Esq.
Balir Robinson, Esq.
Hanna E. Martin, Esq.
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
*Attorney for Plaintiffs*