# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMERON GARDIN | : | |
| | : | |
| Plaintiff, | : | NO. 1:18-cv-02199 |
| | : | |
| v. | : | |
| | : | |
| DELTA AIRLINES, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW this _____ day of _____, 2018, upon consideration of Plaintiff's Uncontested Motion to Appear at the In-Person Initial Conference via Telephone, and Defendants' Concurrence thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff shall contact the Court via telephone at the commencement of the Conference.

**AND IT IS SO ORDERED.**

_____
J.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMERON GARDIN | : | |
| Plaintiff, | : | NO. 1:18-cv-02199 |
| v. | : | |
| DELTA AIRLINES, INC. | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

### PLAINTIFF'S UNCONTESTED MOTION TO ATTEND IN-PERSON INITIAL CONFERENCE VIA TELEPHONE

This is an action in employment discrimination, *inter alia*.

Pursuant to this Honorable Court's Re-Scheduling Order, the In-Person Initial Conference is scheduled to take place on: August 17, 2018.

Plaintiff's undersigned counsel is located in Morton, Pennsylvania.

Plaintiff respectfully requests leave for his undersigned counsel to attend the above-referenced conference via telephone.

Defendant does not here contest.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant Plaintiff's undersigned counsel leave to attend the initial conference by telephone.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Plaintiff (Pro Hac Vice)*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMERON GARDIN | : | |
| Plaintiff, | : | NO. 1:18-cv-02199 |
| v. | : | |
| DELTA AIRLINES, INC. | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 27th day of July, 2018, a true and correct copy of the foregoing Plaintiff's Uncontested Motion to Attend In-Person Initial Conference via Telephone was served via ECF, upon the following parties:

Ira G. Rosenstein, Esquire
Michael F. Fleming, Esq.
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Plaintiff (Pro Hac Vice)*