UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Fukelman, et al. v. Delta Airlines, Inc.

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
18-2

------------------------------------------------------------X

TO:   Opposing Counsel
Ira Gregg Rosenstein, Morgan Lewis & Bockius, LLP
101 Park Avenue, New York, NY 10178

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Schafkopf Law, LLC and a member in good standing of the bar(s) of the State(s) of PA and NJ, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Fukelman, et al.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 2/11/19

Signature of Movant
Firm Name Schafkopf Law, LLC
Address 11 Bala Ave.
Bala Cynwyd, PA 19004
Email gary@schaflaw.com
Phone 610-664-5200 ext 104