UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
Cynthia Fukelman, et al.

AFFIDAVIT OF Gary Schafkopf, Esq.
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
~~18-cv-23~~ 18-2

Delta Airlines, Inc.
----------------------------------------------------X

Gary Schafkopf, Esq., being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Schafkopf Law, LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of PA and NJ.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or ~~**have not**~~ been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for (Plaintiff)/Defendant  Fukelman, et al  .

Dated: 2/11/18

Signature of Movant
Firm Name  Schafkopf Law, LLC
Address  11 Bala Ave
Bala Cynwyd, PA 19004
Email  610-664-5700 ext 104
Phone  gary@schaflaw.com

NOTARIZED

Commonwealth of Pennsylvania - Notary Seal
HEATHER CHRISTINE MCFEELEY – Notary Public
Delaware County
My Commission Expires Jan 21, 2022
Commission Number 1252559

2